# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Brandon Simonson, et al.

Defendant.

Case No.: 3:21−cr−50064
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

 MINUTE entry before the Honorable Iain D. Johnston as to Kristopher Martin (2): In light of Mr. Martin's plea of guilty, the hearing set for 4/1/2025 as to Mr. Martin only is stricken. The 4/1/2025 hearing will proceed as scheduled for co−defendant Mr. Simonson. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.