# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                         Case No.: 3:21−cr−50064

                                          Honorable Iain D. Johnston

Brandon Simonson, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

       MINUTE entry before the Honorable Iain D. Johnston as to Brandon Simonson (1): Sentencing held on 8/22/2025. Defendant's motion for new trial [336] is denied for the reasons stated on the record. Judgment to enter. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.